# Court of Appeals
# of the State of Georgia

ATLANTA, __April 25, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A0081.  REEVES v. USH OF DELAWARE, INC.**

Appellant did not file an enumeration of error or brief within 20 days of the docketing of the appeal as directed;

On March 23, 2012, this Court ordered Appellant, through her counsel of record, to file an enumeration of errors and brief in this case no later than April 2, 2012, or face possible dismissal of the appeal;

It appears that Appellant had not retained said counsel of record to pursue this appeal, other than to file a notice of appeal; thus, on March 30, 2012 this Court forwarded to Appellant's last known address, provided by counsel, a copy of the order requiring Appellant to immediately file an enumeration of error and brief or face possible dismissal of the appeal;

As of the date of this order, neither Appellant nor counsel of record has filed an enumeration of error and brief as ordered by this Court.

Therefore, this appeal is **DISMISSED**. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/25/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*